**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.D., A MINOR   :   No. 652 MAL 2016

  :

  :   Petition for Allowance of Appeal from

PETITION OF: K.S., MOTHER   :   the Order of the Superior Court

  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.